## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|          ) | |
|        **Plaintiff,**    ) | |
|          ) | |
| v.         ) | **Case No. 11-40085-JAR** |
|          ) | |
| RICHARD A. SANCHEZ,    ) | |
|          ) | |
|        **Defendant.**    ) | |
| _____) | |

## ORDER

This matter is before the Court on Defendant's Motion requesting a copy of a CD/Rom exhibit from his trial (Doc. 105). Defendant states that he is requesting the exhibit "so I may continue with legal issues and avenues associated with my case on appeal." The Court notes, however, that Defendant filed a direct appeal of his conviction to the Tenth Circuit Court of Appeals, which affirmed his conviction on possession of methamphetamine charges after a jury trial.[1] The Court further notes that Defendant has not filed a motion under 28 U.S.C. § 2255. Should Defendant timely file a motion under § 2255, his request for discovery will be governed by Rules Governing § 2255 cases. Under Rule 6(a), Defendant will need to show good cause for discovery and the granting of discovery is at the discretion of the court.[2] Because Defendant has yet to file a motion under § 2255, he is not entitled to the requested discovery materials at this time, and his request is DENIED without prejudice.

---

[1]*United States v. Sanchez*, 553 F. App'x 842 (2014).

[2]*Bracy v. Gramley*, 520 U.S. 899, 904 (1997).

**IT IS SO ORDERED**.

Dated: February 11, 2015

                                            S/ Julie A. Robinson

                                            JULIE A. ROBINSON

                                            UNITED STATES DISTRICT JUDGE